# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **DEMYRON BELL,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**KNIGHT ADJUSTMENT BUREAU INC.**<br>**and CITY CENTER CREDIT UNION,**<br><br>　　　　　　Defendants. | REPORT AND RECOMMENDATION<br><br>Case No. 2:22-cv-00500-TC-JCB<br><br><br>District Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

　　　　This case was referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] On November 7, 2022, the court issued an Order to Show Cause ("OSC") to Plaintiff Demyron Bell ("Mr. Bell") concerning Defendant City Center Credit Union ("CCCU"). In the OSC, the court noted that Mr. Bell filed his complaint in this action on August 3, 2022.[2] The court further noted that, under Fed. R. Civ. P. 4(m), service of a summons and complaint must be completed within 90 days after the filing of the complaint. Finally, the court noted that more than 90 days had passed since the filing of Mr. Bell's complaint, and he had not provided the court with the requisite proof of service to demonstrate that a summons and the complaint had been served on CCCU.[3] Therefore, the court ordered Mr. Bell to show cause why his claims

---

[1] ECF No. 6.

[2] ECF No. 1.

[3] Fed. R. Civ. P. 4(*l*).

against CCCU should not be dismissed for lack of prosecution.[4] The court ordered Mr. Bell to file a response to the OSC on or before November 21, 2022, to inform the court of the status of his claims against CCCU and his intentions to proceed. The court warned Mr. Bell that his failure to respond could result in dismissal of his claims against CCCU.[5]

As of the date of this Report and Recommendation, Mr. Bell has not filed any response to the OSC. Therefore, the court HEREBY RECOMMENDS that Mr. Bell's claims against CCCU be DISMISSED for lack of prosecution.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.[6] The parties must file any objections to this Report and Recommendation within 14 days after being served with a copy of it.[7] Failure to object may constitute waiver of objections upon subsequent review.

DATED this 3rd day of March 2023.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[4] DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution.").

[5] *Id.* ("If the party does not show good cause, a district judge or a magistrate judge presiding by consent may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").

[6] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

[7] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).